**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MIKE DAVID JONES, JR,

                Plaintiff,

-against-                          25 **CIVIL** 5770 (LLS)

                                                    **JUDGMENT**

MIKE DAVID JONES JR ESTATE, ET AL.,

                Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 21, 2025, Plaintiff's complaint is dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:**  New York, New York

        July 22, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                         **Clerk of Court**

                  **BY:**              *K. Mango*

                                                       _____
                                                        **Deputy Clerk**